No. 12–0300/AR. U.S. v. Payson C. Averill. CCA 20090491. Appellee's motion to file a supplemental joint appendix is granted.

No. 12–0467/AF. U.S. v. Alexander L. Kitson. CCA 37825. Appellant's motion to amend the supplement to the petition for grant of review is granted.

No. 12–0522/AF. U.S. v. Adam G. Cote. CCA 37745. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 14, 2012.

No. 12–0524/AR. U.S. v. Bruce L. Kelly. CCA 20090809. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 13, 2012.